■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RODRIGUEZ, Appellant. [52 NYS3d 223]—Order, Supreme Court, New York County (Bonnie G. Wittner, J.), entered February 19, 2016, which adjudicated defendant a level three sexu-

ally violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument or were outweighed by the seriousness of the underlying crime, which consisted of repeated sexual abuse of a five-year-old child. Concur—Sweeny, J.P., Renwick, Andrias, Feinman and Gesmer, JJ.